**Order entered December 6, 2019**



In the

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00832-CR

### BRANDON DAMOND WOODS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-81312-2018

## ORDER

The reporter's record was filed October 7, 2019. On December 5, 2019, court reporter Antoinette Varela filed an amended volume two of the reporter's record along with a letter stating that she had corrected the title page of volume two to reflect Visiting Judge Henry Wade, Jr., presided.

We **STRIKE** volume two of the reporter's record filed October 7, 2019.

/s/      CORY L. CARLYLE
         JUSTICE